**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDRES TORRES, Petitioner, | : | |
| v. | : | Civil No. 2:26-cv-06627-JLS |
| J.L. JAMISON, *et al.*, Respondents. | : | |

**O R D E R**

**AND NOW**, this 10th day of September, 2026, upon receipt of the Respondents' Certification of Compliance for release (Dkt. No. 7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.